IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HELEN CROCKETT, | ) | 4:07CV3014 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| SAINT ELIZABETH REGIONAL | ) | |
| MEDICAL CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's motion for an enlargement of time (filing 13) is granted in part and denied in part, as follows:

1. Plaintiff shall have until April 18, 2007, to respond to Defendant's motion to dismiss (filing 10).
2. In all other respects, the motion is denied without prejudice.[1]

March 19, 2007.                    BY THE COURT:

                                   s/ *Richard G. Kopf*
                                   United States District Judge

---

[1] The motion requests the court "to extend the parties['] planning conference," but no planning conference has been scheduled.